IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **MICHELLE ASHLEY** <br> Plaintiff, | ) <br> ) <br> ) | CIVIL ACTION <br> No. 1:12-cv-00194 |
| v. | ) <br> ) <br> ) | **JURY DEMANDED** |
| **MARSHALL COUNTY SCHOOLS,** <br> Defendant. | ) <br> ) <br> ) <br> ) | |

## ORDER

Plaintiff, Shelia Cook-Jones, by and through counsel and pursuant to Fed .R. Civ. P. 41(a)(1)(A)(i), having given notice of voluntary dismissal, it is

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that this cause is dismissed without prejudice.

ENTERED this 24th day of February, 2014.

Chief Judge, William J. Haynes
United States District Court

*Michelle Ashley v. Marshall County Schools*
United States District Court, Case No. 1:12-cv-00194
Motion for Voluntary Non-Suit and Proposed Order

Case 1:12-cv-00194   Document 23-1   Filed 02/21/14   Page 1 of 2 PageID #: 108
Case 1:12-cv-00194   Document 24   Filed 02/24/14   Page 1 of 1 PageID #: 110